# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR    WWW.NEWYORKCONSUMERATTORNEY.COM    Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026    E-mail: ahmad@NewYorkConsumerAttorney.com    Fax: (877) 496-7809

March 31, 2023

VIA ECF
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    **Joint status letter.**
                   *Remler v. Cona Elder Law PLLC, et al.,* **No. 1:21-cv-05176-ARR-LB**

Dear Judge Bloom:

      The undersigned represents Plaintiff Jane Remler in this FDCPA lawsuit against the nursing home debt collection law firm Cona Elder Law, PLLC, f/k/a Genser, Dubow, Genser & Cona, LLP ("Cona").

      On March 29, 2023, the parties filed a stipulation for Plaintiff to file her Second Amended Complaint by April 14, 2023 rather than the prior deadline of March 31, 2023. *See* Dkt. No. 28. This stipulation was entered into because the earliest possible deposition date for a key witness, an employee of the Defendant, was not available until April 6, 2023. Plaintiff believes she will be amending the complaint based in part upon this testimony.

Sincerely,

/s/

Ahmad Keshavarz

cc: all counsel of record via ECF